No. 1119. CERTIFIED OIL CO., INC. ET AL. *v.* RUDNICK ET AL. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *William W. Frankel* for petitioners. Respondents *pro se.*

No. 1106. ARNSTEIN *v.* PORTER. April 7, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se. Samuel J. Silverman* for respondent.

No. 1061. JOHNSON *v.* FOSTER, WARDEN. April 7, 1947. Petition for writ of certiorari to the Supreme Court of New York, Appellate Division, Fourth Department, denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, and *Wendell P. Brown,* Solicitor General, for respondent.

No. 1124. WHITED *v.* ILLINOIS; and
No. 1146. RIOS *v.* ILLINOIS. April 7, 1947. Petitions for writs of certiorari to the Supreme Court of Illinois denied.

No. 1148. BARTELL *v.* NIERSTHEIMER, WARDEN. April 7, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1151. STENGEL *v.* BURKE, WARDEN. April 7, 1947. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied.